UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-       21-CR-391 (LTS)

JASMINE TABAK,

             Defendant.
-------------------------------------------------------------------X

## Order

The sentencing hearing currently scheduled for April 26, 2022, at 12:00 p.m., is adjourned to **July 28, 2022, at 12:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       April 18, 2022

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge