UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA,               :

       -v-                                     :          21-CR-391 (LTS)

JASMINE TABAK,                           :

                   Defendant.                :

-------------------------------------------------------------------X

<u>ORDER</u>

The sentencing hearing currently scheduled for July 28, 2022, at 12:00 p.m., is adjourned to **October 14, 2022, at 12:00 p.m.**

     SO ORDERED.

Dated:  New York, New York
          June 24, 2022

                                                          <u>/s/ Laura Taylor Swain</u>
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge