UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -v- | : | 21-CR-391 (LTS) |
| JASMINE TABAK, | : | |
|                Defendant. | : | |

-------------------------------------------------------------------X

## ORDER

The sentencing hearing currently scheduled for October 14, 2022, at 12:00 p.m., is rescheduled to **October 14, 2022, at 10:30 a.m.**

     SO ORDERED.

Dated: New York, New York
       September 20, 2022

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge