UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA,       :
       :
     -v-       :   21-CR-391 (LTS)
       :
JASMINE TABAK,       :
       :
            Defendant.       :
       :
-------------------------------------------------------------------X

## AMENDED ORDER

The sentencing hearing currently scheduled for October 14, 2022, at 12:00 p.m., is rescheduled to **April 27, 2023, at 2:30 p.m.**

    SO ORDERED.

Dated: New York, New York
       October 3, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
