**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER      TELEPHONE: (212) 239-9777
MICHAEL CARMODY      FACSIMILE:  (212) 239-9175
    DanielParker@aol.com

May 31, 2023

**By ECF and email**
Hon. Laura Taylor Swain
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Jasmine Tabak**
S4 21 Cr 391 (LTS)

Dear Chief Judge Swain:

    I write with the consent of the Government requesting that the Court move the time of tomorrow's scheduled sentencing from 2:30 p.m. to 3:30 p.m.  I apologize for the late request.

    An emergency matter that affects my availability at 2:30 p.m. has just arisen and I would greatly appreciate it if the Court could accommodate this change in time.  I have spoken with AUSA Emily Johnson who does not oppose this request.

    Thank you for your consideration in this matter.

The foregoing request is granted.  The sentencing
is hereby rescheduled for June 1, 2023, at 3:30pm.
DE#93 resolved.  SO ORDERED.
May 31, 2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc:  AUSA E. Johnson (By email)