UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

        -v-                                                                                    No. 21 crim 391 (LTS)

JASMINE TABAK (3)

                Defendant.

------------------------------------------------------------x

**ORDER**

      ORDERED that pursuant to sentence of time served imposed today, the defendant Jasmine Tabak is discharged from the custody of the U.S. Marshals Service.

      SO ORDERED.

Dated: New York, New York
       June 1, 2023

                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge