UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JASMINE TABAK,

         Defendant.

21-CR-391-LTS

Scheduling Order

The violation of supervised release conference in this case is scheduled to proceed on May 8, 2024, at 11:30 a.m., in Courtroom 17C. The Probation Department is directed to submit an updated violation report by May 1, 2024.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any other documents they would like the Court to consider during or in connection with the proceeding at least 48 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
April 5, 2024

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge