**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker @aol.com

September 27, 2024

**By ECF and email**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: <u>United States v. Jasmine Tabak</u>
S4 21 Cr 391-3 (LTS)

Dear Judge Swain:

    I write to advise the Court that the Government, defense counsel and Probation are available for a court conference on October 7, 2024 at 11:30 a.m. and we respectfully request that the Court adjourn this case to that date.

    As noted in my letter yesterday, I have spoken with Ms. Tabak and she consents to appear remotely at the conference.

    Please forward the dial information to me (which I will forward to her) and to her counselor, Patricia Allman, whose email address is: Pallman@CornerstoneNY.com

    Thank you for your consideration in this matter.

The foregoing request to adjourn the conference to
**October 7, 2024 at 11:30 a.m.** is granted. DE #139 is
resolved.
SO ORDERED
9/27/2024
/s/ Laura Taylor Swain, Chief UDJ

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc:  AUSA E. Johnson
     P.O. A. Hirsch (By email)