March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

JASMINE TABAK ,

    Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 391 (LTS) (___)

Defendant __JASMINE TABAK__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Signed electronically by counsel on behalf of the defendant with her consent

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**JASMINE TABAK**
Print Defendant's Name

Daniel S. Parker  /s/
_____
Defense Counsel's Signature

**DANIEL S. PARKER**
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~video~~ audio conferencing technology.

__10/7/24__
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~