**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                  FACSIMILE: (212) 239-9175
                                                                                      DanielParker @aol.com

December 4, 2024

**By ECF and email**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: **United States v. Jasmine Tabak**
S4 21 Cr 391-3 (LTS)

Dear Judge Swain:

      I write with the consent of all parties to request that the Court schedule a status conference for late February, 2025.

      Ms. Tabak has been in a residential facility and she is currently working with PO Hirsch to try to find housing upon her release. In the meantime, she continues to do well.

      Accordingly, the parties believe that while Ms. Tabak continues to make progress, it would make sense to have a conference in a few months.

      Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

The foregoing request is granted. A status conference is scheduled for **February 7, 2025, at 12:00pm**. DE # 144 is resolved.
SO ORDERED.
12/10/2024
/s/ Laura Taylor Swain, Chief USDJ

Cc: AUSA E. Johnson
      P.O. A. Hirsch (By email)