**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER     TELEPHONE: (212) 239-9777
MICHAEL CARMODY     FACSIMILE:  (212) 239-9175
                    DanielParker @aol.com

February 28, 2025

**By ECF and email**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: **United States v. Jasmine Tabak**
**S4 21 Cr 391-3 (LTS)**

Dear Judge Swain:

  I write with the consent of all parties requesting that the Court adjourn the conference scheduled for March 12th and schedule a status conference in mid-May.

  Ms. Tabak has been in a residential facility and she just obtained housing at ABLE House, an out-patient, sober-living, facility.  P.O. Hirsch believes it would make the most sentence to adjourn this VOSR and to see how Ms. Tabak does.

  Accordingly, we respectfully request that the Court adjourn the currently scheduled conference date. Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

The foregoing request for an adjournment is granted. The status conference is scheduled for **May 14, 2025, at 11:00am**. DE#149 is resolved. SO ORDERED.
2/28/2025
/s/ Laura Taylor Swain, Chief USDJ

  Cc:  AUSA E. Johnson
     P.O. A. Hirsch (By email)