UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　No. 21-CR-391-LTS-3

JASMINE TABAK,

    Defendant.

-------------------------------------------------------x

## Order

A sentence of 60 days of imprisonment has been imposed following Ms. Tabak's admission of violations of her terms of supervised release. The United States Marshals Service is hereby directed to take Ms. Tabak, the defendant, into custody and deliver her to the custody of the Bureau of Prisons.

SO ORDERED.

Dated: New York, New York
       September 15, 2025

_____
LAURA TAYLOR SWAIN
Chief United States District Judge