**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                             TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                        FACSIMILE:  (212) 239-9175
                                                                                                             DanielParker @aol.com

September 25, 2025

**By ECF and email**
Hon. Laura Taylor Swain
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Jasmine Tabak**
S4 21 Cr 391-3 (LTS)

Dear Judge Swain:

    I write requesting that the Court reappoint me to represent Ms. Tabak pursuant to the Criminal Justice Act *nunc pro tunc* to October 30, 2023.

    If the foregoing request for ~~an adjournment~~ a reappointment meets with the Court's approval, then I respectfully request that the Court "So Order" this letter and I will notify the CJA Clerk's office

    Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

The foregoing request is granted.
SO ORDERED.
9/25/2025
/s/ Laura Taylor Swain, Chief USDJ